PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00039-AWI |
| Plaintiff, | |
| | STIPULATION AND ORDER TO |
| vs. | CONTINUE SENTENCING DATE |
| JESUS RINCON ZAVALA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, Assistant United States Attorney Kevin P. Rooney Counsel for Plantiff, and Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala, that the sentencing date scheduled for October 17, 2011 at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on November 7, 2011 at 9:00 a.m. Mr. Martinez will be in a preliminary hearing for a murder trial in Stanislaus County.

///

///

///

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of November 7, 2011 date and that Mr. Hitt and Mr. Rooney have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including November 7, 2011.

Respectfully Submitted,

Dated: October 12, 2011        /s/ Preciliano Martinez
                               Preciliano Martinez
                               Attorney for Defendant
                               JESUS RINCON ZAVALA

Dated: October 12, 2011        /s/ Jason Hitt
                               Jason Hitt
                               Assistant U.S. Attorney

Dated: October 12, 2011        /s/ Kevin P. Rooney
                               Kevin P. Rooney
                               Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 17, 2011 sentencing date is hereby vacated and reset to November 7, 2011.

IT IS SO ORDERED.

Dated:   October 14, 2011        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE