PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JESUS RINCON ZAVALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00039-AWI |
| Plaintiff, ) |  |
| ) |  |
| ) | STIPULATION AND ORDER TO |
| vs. ) | CONTINUE SENTENCING DATE |
| ) |  |
| JESUS RINCON ZAVALA , ) |  |
| Defendant. ) |  |
| ) |  |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason

Hitt, Counsel for Plaintiff, Assistant United States Attorney Kevin P. Rooney Counsel for

Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Jesus Rincon Zavala, that the

sentencing date scheduled for November 7, 2011 at 9:00 a.m. be vacated and the sentencing date

be continued to this court's calendar on December 12, 2011 at 9:00 a.m. Mr. Martinez will be in

court in Santa Clara County for a confirmed murder trial. The court is advised that counsel have

conferred about this  request that they have agreed to the court date of December 12, 2011 date

and that Mr. Hitt and Mr. Rooney have authorized Preciliano Martinez to sign this stipulation on

their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including December 12, 2011.

Respectfully Submitted,

Dated: November 1, 2011

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
JESUS RINCON ZAVALA

Dated: November 1, 2011

/s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney

Dated: November 1, 2011

/s/ Kevin P. Rooney
Kevin P. Rooney
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current November 7, 2011 sentencing date is hereby vacated and reset to December 12, 2011.

IT IS SO ORDERED.

Dated:   November 1, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE