```
 1  NICHOLAS F. REYES, #102114
    Attorney at Law
 2  1107 "R" Street
    Fresno, California 93721
 3  Telephone: (559) 486-4500
    Facsimile:  (559) 486-4533
 4

 5  Attorney for Defendant
    MARIA GUADALUPE PONCE
 6

 7
                        UNITED STATES DISTRICT COURT
 8
                       EASTERN  DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA        )    CASE NO. 1:10-CR-00039-AWI
                                    )
11                                  )    STIPULATION TO CONTINUE
                   Plaintiff,       )    SENTENCING
12                                  )
          v.                        )
13                                  )
    MARIA GUADALUPE PONCE           )
14                                  )
                   Defendant.       )
15  _____)

16
          Defendant, MARIA GUADALUPE PONCE, by and through his counsel of
17
    record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
    through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern
19
    District of California, hereby stipulate that the sentencing in the above-referenced case
20
    currently scheduled for Monday, November 21, 2011, at 9:00 a.m. be continued to Monday,
21
    December 5, 2011 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii,
22
    District Judge.
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
```

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 11-16-11    /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated:11-16-11    /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   November 16, 2011
CHIEF UNITED STATES DISTRICT JUDGE