| | |
|---|---|
| 1 | **NICHOLAS F. REYES, #102114** |
| | Attorney at Law |
| 2 | 1107 "R" Street |
| | Fresno, California 93721 |
| 3 | Telephone: (559) 486-4500 |
| | Facsimile: (559) 486-4533 |
| 4 | |
| 5 | Attorney for Defendant |
| | **MARIA GUADALUPE PONCE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | **CASE NO. 1:10-CR-00039-AWI** |
|---|---|
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| MARIA GUADALUPE PONCE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, MARIA GUADALUPE PONCE, by and through her counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, December 5, 2011, at 9:00 a.m. be continued to Monday, December 12, 2011 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

| | |
|---|---|
| **IT IS SO STIPULATED** | Respectfully submitted, |

Dated: 12-01-11        /s/ Nicholas F. Reyes
                       NICHOLAS F. REYES
                       Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 12-1-11         /s/ Jason Hitt
                       JASON HITT
                       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   December 1, 2011

                       CHIEF UNITED STATES DISTRICT JUDGE